COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH 

 

                                        NO.
2-09-144-CV

 

 

IN
RE NORMAN DOYLE HANLEY                                               RELATOR

 

 

                                               ----------

                                    ORIGINAL
PROCEEDING

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the parties= AJoint
Motion To Dismiss.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original
proceeding, for which let execution issue.

PER CURIAM

 

PANEL:  CAYCE, C.J.; DAUPHINOT and MEIER, JJ.

 

DELIVERED:  July 2, 2009











[1]See Tex. R. App. P. 47.4.